(No. 6600—)

OZARK AIR LINES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed June 13, 1972.*

OZARK AIR LINES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6619—)

CENTRAL OFFICE EQUIPMENT COMPANY, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 13, 1972.*

DRACH, TERRELL AND DEFFENBAUGH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.